DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 3:22-cr-0030 |
| **TYREE MORTON,** | ) |
| **Defendant.** | ) |

### ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated March 30, 2023, recommending that the Defendant's plea of guilty to Count One of the Amended Information be accepted, and the Defendant be adjudged guilty. (ECF No. 21.) After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 21, is **ADOPTED;** it is further

**ORDERED** that Defendant Tyree Morton's plea of guilty as to Count One of the Amended Information is **ACCEPTED**, and that Tyree Morton is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **July 7, 2023;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **July 21, 2023;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **August 11, 2023;** it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than **August 25, 2023;** it is further

**ORDERED** that a sentencing hearing shall be held on **September 8, 2023, at 9:30 A.M. in St. Thomas Courtroom No. 1.**

**Dated:** April 14, 2023                                                  /s/ *Robert A. Molloy*
                                                                     **ROBERT A. MOLLOY**
                                                                       **Chief Judge**